RECEIVED
Mailroom

JAN - 5 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUTOCEPHALOUS ABORIGINAL MOORISH ) | Case: 1:26-cv-00037 |
| AFRIMERICAN AMBASSADOR OF THE LIGHT OF ) | Assigned To : AliKhan, Loren L. |
| TRUTH; INTERNATIONAL HOMELAND SECURITY, ) | Assign. Date : 1/5/2026 |
| AND EDUCATION DR. ADMIRAL ALA'AD-DIN BEY ) | Description: Pro Se Gen. Civ. (F-DECK) |
| (FORMERLY JASON L. C. R. AMIN-BEY, Ed.D.) PRO SE) | PRO SE ACTION FOR JUDICIAL |
| -PLAINTIFF ) | REVIEW OF CIVIL CASE 25-2659 IN |
| vs ) | UNITED STATES DISTRICT COURT, |
| UNITED STATES DEPARTMENT OF JUSTICE ) | DISTRICT OF NEW JERSEY IN THE |
| -DEFENDANT ) | FORM OF A DECLARATORY |
| | JUDGMENT. |

## STATEMENT OF JURISDICTION

IN THE PUBLIC INTEREST VESTED IN THE AMENDED THEOCRATIC CONSTITUTION OF THE REPUBLIC OF THE U. S. OF A. AS SO ATTACHED TO THIS DOCUMENT UNDER CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION, I, THE PRO SE PLAINTIFF ABOVE HEREBY AFFIRMS THAT THE UNITED STATES DEPARTMENT OF JUSTICE & UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY HAS VIOLATED MY MOORISH AFRIMERICAN ISLAAMIC FAITH-BASED RELIGIOUS FREEDOM OF SPEECH RIGHTS TO PROCLAIM MY AUTOCEPHALOUS MOORISH AFRIMERICAN NATIONALITY & AUTOCEPHALOUS ABORIGINAL MOORISH AFRIMERICAN ISLAAMIC UNIVERSAL RELIGION OF TRUTH WHILE SIMULTANEOUSLY IGNORING THEIR PUBLIC RECORDS OF MY IN PROPRIA PERSONA ISONOMIC NOMEN CORRECTION IN WHAT I BELIEVE TO BE THEIR FACILITATION OF THE ACT OF COLLUSION TO HAVE ME DENATIONALIZED, DEHUMANIZED & DISCREDITED BY WAY OF ME PREVIOUSLY BEING MISREPRESENTED BY THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY COURT APPOINTED PUBLIC DEFENDER "IN ERROR" OF BEING IDENTIFIED AS A BLACK PERSON CONTRARY TO THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY PUBLIC RECORDS OF MY PRO SE AUTOCEPHALOUS ASIATIC MOORISH AFRIMERICAN NATIONALITY IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY FACILITATION OF ABUSE OF PROCESS & MALICIOUS PROSECUTION ESTOPPEL-BASED COLLUSION ACT OF FRAUDULENT MISREPRESENTATION OF MY IN PROPRIA PERSONA STATUS & MOORISH AFRIMERICAN/ MOORISH AMERICAN NATIONALITY STATUS CONTRARY TO THE INTERESTS OF MY UNIVERSAL AFRIMERICAN MESSENGER PROPHET LORD HOLY-APOSTLE-DEEN MUSLIM MUJAAHID RASHAAD SALEEM & MY UNIVERSAL ASIATIC MOORISH MOSLEM PROPHET NOBLE DREW ALI AS MY DIVINELY GUIDED INTENTION IS TO SIMPLY SECURE THE FOLLOWING RELIEF DEMANDED HEREIN ON THE RECORD OF THIS COURT FOR THE RECORD OF THIS COURT IN RECOGNITION OF MY FAITH-BASED NOMEN CORRECTLY BEING ADMIRAL ALA'AD-DIN ALA'AD-AMIN ISRAEL EMMANUEL YOSEF YUZ ASAF IBN ARLENE'AL-AHEZAAH BEY., Ed.D., IN PROPRIA PERSONA ISONOMI STATUS WITH ALL RIGHTS RESERVED AS A MOORISH AFRIMERICAN/ MOORISH AMERICAN NOT "IN ERROR" BECAUSE I AM NOT A NEGROE, BLACK, COLORED, ETHIOPIAN OR

AFRICAN AMERICAN NOR ANYONE OR ANYTHING ELSE THAT DELUDES TO CIVIL DEATH OR MAN-MADE ENSLAVEMENT PHYSICALLY OR MENTALLY PER THE HOLY KORAN OF THE MOORISH SCIENCE TEMPLE OF AMERICA-1928 PORTION AS A "BELIEVER IN ISLAAM OF ANOTHER DESIGN IN THE PATH OF THE ONE WAY" UNDER THE DIVINE BOOK OF RECITATION PER THE AMENDED THEOCRATIC CONSTITUTION OF THE REPUBLIC OF THE U. S. OF A. PER THE FIELD OF FREEDOM OF RELIGION OR BELIEF (FoRB) PURSUANT MY WORKING PRO SE TO ADVANCE RELIGIOUS AND BELIEF FREEDOM FOR ALL RELATIVE TO MY RELIGION AND THE SUSTAINABILITY IN RECOGNITION OF FREEDOM OF RELIGION OR BELIEF IN THE PUBLIC INTEREST OF THE FOLLOWING DECLARATIONS FOR THE PURPOSE OF OVERTURNING THE VERDICT FOR CRIMINAL CASE **2:16-CR-91** IN THE UNITED STATES DISTRICT COURT OF NEW JERSEY AS SO ATTACHED TO THIS DOCUMENT BECAUSE OF MY SELF BEING INAPPROPRIATELY IDENTIFIED AS JASON L. AMIN-BEY OF **FEDERAL BUREAU OF PRISONS REGISTER NUMBER: 63706-050** WITH RACE BEING IDENTIFIED AS BLACK "IN ERROR" IN OPPOSITION OF THE AMENDED THEOCRATIC CONSTITUTION OF THE REPUBLIC OF THE U. S. OF A. ATTACHED TO THIS DOCUMENT PURSUANT THE JUDICIAL IMPORTANCE OF THIS MATTER OF THE PRO SE PLAINTIFF ABOVE HEREBY RESPONDING TO BEING FORMERLY MISREPRESENTED TO BE "IN ERROR" PER THE DEFENDANTS FACILITATION OF ILLEGAL UNETHICAL COLLUSION TO DEPRIVE THE PRO SE PLAINTIFF OF HIS RELEVANT ISLAAMIC UNIVERSAL RELIGION OF TRUTH TO DECLARE THE FOLLOWING IN SPITE OF THE DEFENDANTS FACILITATION OF THE ABUSE OF PROCESS & MALICIOUS PROSECUTION COLLUSION ACT OF FRAUDULENT MISREPRESENTATION OF MY, THE PLAINTIFF'S IN PROPRIA PERSONA STATUS & MOORISH AFRIMERICAN/ MOORISH AMERICAN NATIONALITY STATUS CONTRARY TO THE CASE OF DREDD SCOTT BEING "IN ERROR" IN DREDD SCOTT v. SANDFORD, **60 U.S. 393** IN THE UNITED STATES SUPREME COURT PER THE U.S. CONSTITUTION DOES NOT EXTEND AMERICAN CITIZENSHIP TO PEOPLE OF "BLACK" AFRICAN DESCENT BECAUSE WE MOORISH AFRIMERICANS/ MOORISH AMERICANS ARE NOT NEGROES, BLACKS OR COLORED PER **THE AMENDED THEOCRATIC CONSTITUTION OF THE REPUBLIC OF THE U. S. OF A. PER "ISLAM AND THE ABOLITION OF SLAVERY" BY WILLIAM GERVASE CLARENCE-SMITH** BECAUSE **THE DIVINE BOOK OF RECITATION VOLUME 2, COMPONENT #34:522 AFFIRMATIVELY EXPRESSES THE DIVINE BOOK OF RECITATION [IT] IS THE BOOK OF DIVINE COMMANDMENTS CONTAINING THE NAME FOR THE NEW PEOPLE CHOSEN BY AHEZAAH THAT WE HAVE COINED FOR YOU THE TERMINOLOGY AFRIMERICAN. AND THAT IS THE BEST NAME TO IDENTIFY YOU WHO ARE THE DESCENDANTS OF AFRICANS THAT WERE FORCED INTO AMERICAN SLAVERY. IT IS BETTER THAN NEGROES, AFRICAN AMERICANS, AND BLACKS. IT IS ESPECIALLY BETTER THAN BILALIANS, FOR THE NAME OF BILAL THAT WAS SUGGESTED TO YOU BY WAARITH DEEN MOHAMMAD, ONE THAT TOYED WITH THE MINDS OF THOSE LESS AWARE, IS AN IDENTIFIABLE NAME FOR MODERN DAY SLAVES IN AFRICA. YOU, AFRIMERICANS, ARE DESCENDANTS OF A PROUD AND STRONG PEOPLE THAT HAVE BEEN MIXED WITH EVERY GROUP OF PEOPLE THAT ENTERED THESE UNITEDS STATES OF AMERICA IN THE PAST FOUR HUNDRED AND FORTY YEARS. THAT WHICH HAS BEEN DONE UNTO YOU IS NO BLAME OF YOUR OWN. AHEZAAH DETESTS SLAVERY! IT DETESTED SLAVERY BEFORE YOUR AFRICAN FOREFATHERS AND MOTHERS WERE CAPTURED IN IT AND IT DETEST**

**WHAT THE PEOPLE IN AFRICA AND ASIA STILL DO TODAY, HIDDEN IN THE MODERN WORLD.** AS SO EVIDENCED BY THE ADVENT OF THE RELEVANT OUTCOME OF CIVIL ACTION NO.: **25-2659** (CCC) IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY IN CORRELATION WITH THE NEED TO REMOVE CIVIL ACTION DOCKETED AS NO.: **L-3885-25** IN THE SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: FAMILY PART ESSEX COUNTY PURSUANT THIS UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA AS A MATTER OF DIVERSITY JURISDICTION FOR JUDICIAL REVIEW BECAUSE I, THE PRO SE PLAINTIFF ABOVE, AM HEREBY CHALLENGING THE RELEVANT FINAL DECISION BY THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY IN THE MATTER OF CIVIL CASE NO.: **25-2659** IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY AS SO ATTACHED TO THIS DOCUMENT BECAUSE I BELIEVE THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY FACILITATED CALLUSION IN THE MATTER OF THE UNITED STATES OF AMERICA vs. JASON L. AMIN-BEY IN LIGHT OF THE MATTER OF CASE#:**1:13-cv-10092-MLW** IN THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS (BOSTON) ATTACHED TO THIS DOCUMENT PURSUANT MY DIVINELY GUIDED NEED TO CONVEY THE FOLLOWING:

1.  I HEREBY DECLARE MY AUTOCEPHALOUS ABORIGINAL MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC FAITH-BASED RELIGIOUS NOMEN CORRECTION FROM JASON LAMAR CHAMBERS RAPHAEL AMIN-BEY, Ed.D. TO ADMIRAL ALA'AD-DIN ALA'AD-AMIN ISRAEL EMMANUEL YOSEF YUZ ASAF IBN ARLENE'AL-AHEZAAH BEY., Ed.D., IN PROPRIA PERSONA ISONOMI STATUS WITH ALL RIGHTS RESERVED ON THE RECORD FOR THE RECORD PRO SE &

2.  I HEREBY PROCLAIM MY ISLAAMIC UNIVERSAL RELIGION OF TRUTH FAITH-BASED MOORISH AFRIMERICAN NATIONALITY RELIGIOUS RIGHT(S) WITH ALL RIGHTS RESERVED ON THE RECORD FOR THE RECORD PRO SE BECAUSE THE PRO SE PLAINTIFF ABOVE, ADMIRAL ALA'AD-DIN ALA'AD-AMIN ISRAEL EMMANUEL YOSEF YUZ ASAF IBN ARLENE'AL-AHEZAAH BEY., Ed.D., IN PROPRIA PERSONA ISONOMI STATUS WITH ALL RIGHTS RESERVED IS "NOT IN ERROR" & NEVER WAS IN ERROR IN SPITE OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY FACILITATING ESTOPPLE-BASED COLLUSION TO PREVENT ME FROM DOING SO IN A MOST DIPLOMATIC MANNER.

## CLAIMS

AUTOCEPHALOUS ABORIGINAL AUTOKTHON MOORISH AFRIMERICAN AMBASSADOR OF THE LIGHT OF TRUTH; INTERNATIONAL HOMELAND SECURITY; AND EDUCATION, DR. ADMIRAL ALA'AD-DIN BEY (FORMERLY JASON LAMAR CHAMBERS RAPHAEL AMIN-BEY, Ed.D.) [A FORMER WHOLE SCHOOL REFORM FACILITATOR FOR IRVINGTON HIGH SCHOOL LOCATED IN IRVINGTON, NEW JERSEY & A FORMER VICE-PRINCIPAL OF THE NEWARK PUBLIC SCHOOLS IN NEW JERSEY WHO IS A PRODUCT OF THE NEWARK PUBLIC SCHOOLS IN NEW JERSEY; JOHNSON C. SMITH UNIVERSITY (B.S.P.E.S.M.) & PHI BETA SIGMA FRATERNITY A. E. CHAPTER IN NORTH CAROLINA; SAINT PETER'S UNIVERSITY (MA.Ed.) IN NEW JERSEY; NOVA SOUTHEASTERN UNIVERSITY (Ed.D.) IN FLORIDA; ST. GEORGE COPTIC CHURCH IN PENNSYLVANIA; THE MOORISH SCIENCE TEMPLE

OF AMERICA NETWORK; AND THE COMMUNITY OF THE ASSEMBLY OF HOLY-APOSTLE-DEEN IN ADDITION TO BEING RAISED AS A YOUTH AMONG THE STELLA WRIGHT PRINCE STREET HOUSING PROJECTS FORMERLY LOCATED IN NEWARK, NEW JERSEY WITH NO CRIMINAL RECORD PRIOR TO OR SINCE THE ADVENT OF CRIMINAL CASE **2:16-cr-91** IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY] PRESENTS THIS DOCUMENT IN THE INTEREST OF "PRO BONO PUBLICO" [FOR THE PUBLIC GOOD TO ADVANCE A CAUSE IN THE PUBLIC INTEREST IN THE EPISTEMOLOGY: THE STUDY OR REASON OF KNOWLEDGE OF THE MOORISH AFRIMERICAN NATIONALITY AND THE MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC UNIVERSAL RELIGION OF TRUTH UNDER THE CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION OF NEW JERUSALEM BECAUSE IN 1774 GEORGE WASHINGTON WAS SEEMINGLY QUOTED SAYING "IF WE WOULD AGREE TO TAKE THE FEZZES AND TURBANS OFF THE MOORS' HEADS AND REMOVE THE SANDALS FROM THEIR FEET AND ENFORCE SEVERE PUNISHMENTS, AND ALSO SWEAR A DEATH O...ATH BETWEEN OURSELVES TO RELIGIOUSLY AND FAITHFULLY NOT ALLOW ANYONE TO TEACH THE MOORISH CHILDREN WHO THEY REALLY WERE OR WHO THEIR FOREFATHERS WERE, AND ONLY ALLOW THE MOORISH CHILDREN TO BE TAUGHT THEY WERE TRULY NEGROES, BLACK PEOPLE, AND COLORED FOLKS, 200 YEARS FROM TODAY THE MOORISH PEOPLE WOULD NOT KNOW THEIR NATIONALITY NOR THE NATIONAL NAME OF THEIR FOREFATHERS. ALSO THEY WOULD NOT KNOW FROM WHICH LAND OR ANCESTORS THAT THEY ARE DESCENDED FROM."] IN LIGHT OF JUDICIAL REVIEW OF THE DEFENDANTS RECORDS PROCEDURES & ADMINISTRATIVE LAW DIALOGUE ABOUT NATIONALITY, IDENTITY & INTEGRITY RELEVANT TO THE DURESS THE PETITIONER ABOVE EXPERIENCED IN VIOLATION OF HIS FREE EXERCISE OF HIS AUTOCEPHALOUS ABORIGINAL AUTOKTHON MOORISH AFRIMERICAN SCIENTIFIC ORTHODOX ISLAAMIC UNIVERSAL RELIGION OF TRUTH BASED PRO SE LITIGATION RIGHTS UNDER FEDERAL LAW UNDER CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION OF NEW JERUSALEM IN THE INTEREST OF "PRO BONO PUBLICO" [FOR THE PUBLIC GOOD TO ADVANCE A CAUSE IN THE PUBLIC INTEREST IN THE EPISTEMOLOGY: THE STUDY OR REASON OF KNOWLEDGE OF THE MOORISH AFRIMERICAN NATIONALITY AND THE MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC UNIVERSAL RELIGION OF TRUTH UNDER THE CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION] IN CONSIDERATION OF THE FACT THAT AN ACTUAL CONTROVERSY EXISTS BETWEEN THE PARTIES [THE CIRCUMSTANCES RESULTING IN THE ADVENT OF CRIMINAL CASE **2:16-cr-91** IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY & FEDERAL BUREAU OF PRISONS **#63706-050** ESTABLISHED A CONDITION OF THE PETITIONER'S MIND THAT OF DURESS PRODUCED BY THE IMPROPER EXTERNAL PRESSURE OF BEING KIDNAPPED & IMPRISONED IN A MANNER OF INFLUENCE THAT PRACTICALLY DESTROYED THE FREE AGENCY OF THIS PLAINTIFF IN SUCH A PSYCHOLOGICAL WAY THAT THE INSTITUTIONALIZATION THIS PLAINTIFF ENDURED CAUSED THIS PLAINTIFF TO SIGN ALL DOCUMENTS RELEVANT TO SAID CRIMINAL CASE **2:16-cr-91** AS CONTRACTUAL AGREEMENT(S) NOT OF THIS PLAINTIFF'S OWN VOLITION (EXERCISE OF THE PETITIONER'S WILL OF CHOOSING AFTER DELIBERATION) BECAUSE THE MANNER IN WHICH THE PLAINTIFF HEREIN WAS BROUGHT BEFORE THE RELEVANT JUDGE PATTY SWARTZ TO BE COMPELLED TO BE MIS-REPRESENTED BY

FEDERAL PUBLIC DEFENDER, PATRICK McMAHON PER SAID CRIMINAL CASE **2:16-cr-91** DOCUMENT 3 FILED 08/18/2011 AGAINST THIS PLAITIFF'S DESIRE TO PRO SE LITIGATE HIS DEFENSE ESTABLISHED THE SITUATION OF ALL RELEVANT PROCEEDINGS TO BE UNLAWFUL THREATS THAT ENGAGED/ RESULTED IN THE ENGAGEMENT OF COERCIVE BEHAVIOR THAT CAUSED THIS PLAINTIFF TO AFFIX THIS PLAINTIFF'S SIGNATURE TO DOCUMENTS THAT THIS PLAINTIFF HEREIN WOULD OTHERWISE NOT SIGN RELEVANT TO CRIMINAL CASE **2:16-cr-91** DOCUMENTS 2,3,5,6,57,58,60 & 61 BECAUSE THIS PLAINTIFF DID NOT KNOWINGLY AND DID NOT INTENTIONALLY ASSAULT THE UNIDENTIFIED UNANNOUNCED UNITED STATES MARSHALL CONTRARY TO THE "INFORMATION" RESULTING IN CONTINUANCE OF SAID CRIMINAL CASE **2:16-cr-91** FROM 08/18/2011-02/29/2016 PURSUANT THE PETITIONER BEING IMPRISONED ("TEMPORARILY COMMITTED" FROM 08/18/2011-02/29/2016) WITHOUT BEING ADVISED OF HIS RIGHTS CONTRARY TO SAID DURESS DRIVEN SIGNATURES IN WILLFUL IGNORANCE OF THIS PLAINTIFF'S HISTORICAL RECORD OF HIS MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC UNIVERSAL RELIGION OF TRUTHFUL PRO SE LITIGATION IN SPITE OF BEING CLASSIFIED SCHIZOAFFECTIVE BIPOLAR-TYPE WITH OBSESSIVE COMPULSIVE PERSONALITY DISORDER OF RELIGIOUS GRANDIOSITY] AS DETERMINED BY THE ADMINISTERING AUTHORITY OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY UPON THE FILING OF A PRAYERFUL EFFORT OF DIVINE GUIDANCE FOR DECLARING THE PRO SE PLAINTIFF'S FAITH-BASED MOORISH AFRIMERICAN ISLAAMIC RIGHTS OF RELIGION WITHIN THE MEANING OF 28 U.S.C. SECTION 2201 PROVIDING THAT THIS UNITED STATES DISTRICT COURT MAY GRANT DECLARATORY RELIEF IN THE LAWFUL MATTER OF PROLETARIAN-VESTED POLEMIC PROSECUTION BECAUSE THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY IS A JUDICIAL DISTRICT THAT VIOLATED THE PRO SE PLANTIFF ADOVE MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC UNIVERSAL RELIGION OF TRUTH RIGHT TO PRO SE LITIGATE IN A MANNER AGREEABLE TO THE DICTATES OF THE ABOVE PRO SE PLAINTIFF'S OWN CONSCIENCE AS A DOCTOR OF EDUCATIONAL LEADERSHIP SEEKING TO ESTABLISH A LAWFUL PRECEDENT OF PROLETARIAN-VESTED POLEMIC PROSECUTION WITH INTENT TO EVENTUALLY INSURE A THOROUGH AND EFFICIENT SYSTEM OF FREE PUBLIC SCHOOLS THAT INFORM ALL THE STUDENT RESIDENTS OF THE REPUBLIC OF THE UNITED STATES OF AMERICA & ABROAD OF THE MOORISH AFRIMERICAN NATIONALITY & THE MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC CREED OF THE UNIVERSAL RELIGION OF TRUTH UNDER THE DIVINE BOOK OF RECITATION OF NEW JERUSALEM IN LIGHT OF THE ABOVE PRO SE PLAINTIFF HAVING BEEN SUBJECT TO DURESS SEEMINGLY IN A MANNER CONSISTENT WITH THE UNITED STATES HISTORICAL EFFORTS TO EXPERIMENTALLY DENATIONALIZE & DEHUMANIZE THE AFRIMERICAN DESCENDANTS OF THE ANCIENT MOORS OF OUR OLD TIME RELIGION OF ISLAAM AS PART OF WORLD-WIDE CONSPIRACY OF OUR GENOCIDE IN CONSIDERATION OF THIS PRO SE CASE OF THEOCRATIC DIVINE GUIDANCE FOR ESTABLISHING THE BASIS FOR UNITED STATES OF AMERICA CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION AMENDMENT AGAINST THE GENOCIDAL MENTAL & PHYSICAL ENSLAVEMENT, DENATIONALIZATION & DEHUMANIZATION OF HUMANITY & MANKIND UNDER THE GUISE OF EVALUATIVE STUDY & THE WORLD TRADE ORGANIZATION OF THE COMMODIFICATION OF MISEDUCATIONAL PEDA-GOG-Y (ORIGINATES

FROM THE GREEK "PAIDAGOGOS" [A COMBINATION OF "PAIDOS":CHILD AND "AGOGOS": LEADER THAT HISTORICALLY REFERRED TO A SLAVE OR TUTOR WHO ACCOMPANIED AND GUIDED A CHILD PARTICULARLY TO AND FROM SCHOOL PURSUANT TO MODERN USAGE REFERRING TO THE ART AND SCIENCE OF TEACHING]); ANDRA-GOG-Y (DERIVED FROM THE GREEK WORDS "ANDR": MAN OR ADULT MALE AND "AGOGOS": LEADER OR LEADING AS SO COINED BY ALEXANDER KNAPP IN 1833 AND IS CONSIDERED TO BE THE PRINCIPLES AND PRACTICES OF EDUCATING ADULTS); AND HEU-TA-GOG-Y ("SELF-DETERMINED LEARNING" DERIVED FROM THE GREEK WORD "HEURISKEIN": TO FIND OR TO DISCOVER AS SO COINED BY STEWART HASE AND CHRIS KENYON IN 2000 PER HEUTAGOGY FOCUS ON THE LEARNER'S AUTONOMY AND THE DEVELOPMENT OF SELF-DIRECTED LEARNING SKILLS PER BEING A WAY OF SELF LEARNING APPROACH WHERE THE LEARNER IS LARGELY INDEPENDENT OF TRADITIONAL TEACHING METHODS PER LEARNER'S AUTONOMY, CAPACITY, AND ABILITY TO APPLY THEIR KNOWLEDGE AND SKILLS) IN CORRELATION WITH DAVID KRATHWOHL AFFECTIVE (GROWTH IN FEELINGS OR EMOTIONAL AREAS [ATTITUDE OR SELF] PER EMOTIONAL WELL-BEING) AWARENESS, BENJAMIN BLOOM COGNITIVE (KNOWLEDGE OR THINKING PER INTELLECTUAL SKILLS, KNOWLEDGE ACQUISITION, CRITICAL THINKING, AND PROBLEM SOLVING) AWARENESS, AND ANITA HARROW PSYCHOMOTOR (MANUAL OR PHYSICAL SKILLS PER PHYSICAL SKILLS, COORDINATION, AND DEXTERITY) AWARENESS LEARNING DOMAINS IN CONSIDERATION OF THE ABOVE PRO SE PLAINTIFF'S ECOSYSTEM OF EMPLOYMENT PEDAGOGICAL FRAMEWORK AS PART OF THE DECLARATORY JUDGMENT BEING SOUGHT HEREBY THIS MOORISH AFRIMERICAN SCIENTIFIC ORTHODOX ISLAAMIC UNIVERSAL RELIGION OF TRUTH FAITH-BASED PRECEDENT SETTING OF UNITED STATES EDUCATION LAW & THEOCRATIC LAW CIVIL CASE OF UNITED STATES CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION CONSIDERING THE ISSUE OF SEPARATION OF CHURCH AND STATE DERIVES FROM THOMAS JEFFERSON'S LETTER TO THE DANBURY BAPTISTS (JAN.1, 1802) OF QUESTIONABLE INTEREST(S) AND CONSEQUENTLY SHOULD NEVER BE A MATTER OF CONSTITUTIONAL CONSIDERATION OF EXERCISE OF MOORISH SCIENTIFIC ISLAAMIC FAITH-BASED RELIGIOUS FREEDOM RELATIVE TO INTERPRETATION OF THE HOLY QUR'AAN OF MECCA & THE DIVINE BOOK OF RECITATION OF NEW JERUSALEM AS AUGHT BE OBSERVED BY THE CONSANGUINITY OF AFRIMERICANS OF OUR OLD TIME ANCIENT RELIGIOUS PAST, PRESENT AND/ OR FUTURE CIVILIZATION AS A MATTER OF THE CHRIST NUUR RA LIGHT OF TRUTH, INTERNATIONAL HOMELAND SECURITY AND EDUCATION AGAINST THE ISSUE OF COLONIAL AND/ OR MASONIC GENOCIDAL MENTAL OR PHYSICAL ENSLAVEMENT OF HUMANITY OR MANKIND PER THIS DOCUMENT SHOWING THE ABOVE PRO SE PLAINTIFF'S MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC UNIVERSAL RELIGION OF TRUTH AS CAUSE FOR PROLETARIAN-VESTED PROLEMIC PROSECUTION ESTABLISHING THE BASIS FOR UNITED STATES EDUCATION LAW & UNITED STATES CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION AGAINST THE GENOCIDAL MENTAL & PHYSICAL ENSLAVEMENT, DENATIONALIZATION AND DEHUMANIZATION OF HUMANITY AND MANKIND AS A DIVINELY GUIDED MATTER IN THE PUBLIC INTEREST OF THE LIGHT OF TRUTH; INTERNATIONAL HOMELAND SECURITY; AND EDUCATION VESTED IN THE DIVINE BOOK OF RECITATION BEING

OF THE LIGHT OF TRUTH OF THE AFRIMERICAN MOOR/ MOORISH AMERICAN OLD TIME RELIGION OF ISLAAM PER THE ADOVE PRO SE PLAINTIFF AMBASSADOR DR. ADMIRAL ALA'AD-DIN BEY'S DESIRE TO EDUCATE [FROM LATIN EDUCATUS, PAST PARTICIPLE OF EDUCARE "BRING UP, REAR, EDUCATE" (SOURCE ALSO ITALIAN EDUCARE, SPANISH EDUCAR, FRENCH EDUQUER), WHICH IS A FREQUENTATIVE OF OR OTHERWISE RELATED TO EDUCERE "BRING OUT, LEAD FORTH" FROM EX-"OUT" (SEE EX-) + DUCERE "TO LEAD" (FROM PIE ROOT DEUK- "TO LEAD") PER THE MEANING "PROVIDE SCHOOLING" IS ATTESTED BY 1580'S PER ESSENTIONALLY, "EDUCATE" IMPLIES GUIDING OR LEADING SOMEONE OUT INTO A NEW STATE OF KNOWLEDGE OR DEVELOPMENT (I.E. FROM THE CHRISTIAN DARKNESS UNDERSTANDING OF NEGROE, BLACK OR COLORED INTO THE REAL CHRIST'S LIGHT OF COMPREHENSION OF MOORISH AFRIMERICAN/ AFRIMERICAN MOOR'S ISLAAMIC UNIVERSAL RELIGION OF TRUTH OF DIVINELY GUIDED PROCLAMATION OF AFRIMERICAN NATIONALITY)] IN CONSIDERATION OF THE ABOVE PLAINTIFF'S MOORISH SCIENTIFIC ORTHODOX ISLAAMIC UNIVERSAL RELIGION OF TRUTH FOR THE SAKE OF THIS MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC FAITH-BASED RELIGIOUS CIVICS EDUCATION LAW & UNITED STATES CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION OF NEW JERUSALEM FOR PRESERVATION OF AHAD THE ONE MOST HIGH LORD AHEZAAH VIA THE ABOVE PLAINTIFF'S DIVINELY GUIDED MOORISH SCIENTIFIC SCHOLARSHIP OF PRO SE LITIGATION & CIVIC EDUCATION FOR THE PUBLIC GOOD IN LIEU OF OUR YOUTHS' PARENTAL GUIDES [PRO BONO PUBLICO IN LOCO PARENTIS] PURSUANT THIS COURT'S INTERPRETATION OF ALL THE DOCUMENTS RELATIVE TO **CASE 1:13-cv-10092-MLW IN THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS** AS SO ATTACHED TO THIS NOTICE IN THE MATTER OF THIS PRO SE ACTION UNDER THE AMENDED THEOCRATIC CONSTITUTION OF THE REPUBLIC OF THE U. S. OF A. AS SO ATTACHED UNDER CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION IN RECOGNITION OF "THE ARTICLES OF ASSOCIATION" SIGNED BY PEYTON RANDOLPH IN 1774 BECAUSE IN 1774 GEORGE WASHINGTON WAS SEEMINGLY QUOTED SAYING "IF WE WOULD AGREE TO TAKE THE FEZZES AND TURBANS OFF THE MOORS' HEADS AND REMOVE THE SANDALS FROM THEIR FEET AND ENFORCE SEVERE PUNISHMENTS, AND ALSO SWEAR A DEATH O...ATH BETWEEN OURSELVES TO RELIGIOUSLY AND FAITHFULLY NOT ALLOW ANYONE TO TEACH THE MOORISH CHILDREN WHO THEY REALLY WERE OR WHO THEIR FOREFATHERS WERE, AND ONLY ALLOW THE MOORISH CHILDREN TO BE TAUGHT THEY WERE TRULY NEGROES, BLACK PEOPLE, AND COLORED FOLKS, 200 YEARS FROM TODAY THE MOORISH PEOPLE WOULD NOT KNOW THEIR NATIONALITY NOR THE NATIONAL NAME OF THEIR FOREFATHERS. ALSO THEY WOULD NOT KNOW FROM WHICH LAND OR ANCESTORS THAT THEY ARE DESCENDED FROM."

CONSEQUENTLY, THE ABOVE PRO SE PLAINTIFF HEREBY REQUEST THAT THIS COURT INTERPRETS & GO ON THE RECORD FOR THE RECORD THAT 18 U.S.C. SECTION 1001 MAY CRIMINALIZE CONCEALING MATERIAL FACTS IN ANY MATTER WITHIN THE JURISDICTION OF THE FEDERAL GOVERNMENT IN THAT THE DEFENDANT ABOVE FACILITATED A CRIMINAL ACTION IN WHICH THE ABOVE PRO SE PLAINTIFF WAS CLASSIFIED INCOMPETENT TO STAND

TRIAL & INTENDED THAT THE ABOVE PRO SE PLAINTIFF SHOULD RELY ON SUCH FRAUDULENT MISREPRESENTATION WHILE THE ABOVE PRO SE PLAINTIFF WAS UNDER DURESS AS PART OF THE ASSISTANT FEDERAL PUBLIC DEFENDER PATRICK McMAHON'S COOPERATION WITH THE PROSECUTOR TO MALICIOUSLY PROSECUTE THE ABOVE PRO SE PLAINTIFF PER UNETHICAL COLLUSION BY ACTIVELY WORKING AGAINST THE ABOVE PRO SE PLAINTIFF'S BEST MOORISH AFRIMERICAN ISLAAMIC FAITH-BASED PRO SE INTEREST BY COMPELLING THE ABOVE PRO SE PLAINTIFF TO ENTER INTO A PLEA AGREEMENT CONSISTENT WITH THE ABOVE DEFENDANTS FACILITATION OF A FRAUDULENT MISREPRESENTATION OF THE ABOVE PRO SE PLAINTIFF BEING INCOMPETENT TO STAND TRIAL AGAINST THE ABOVE PRO SE PLAINTIFF'S HISTORY OF MOORISH AFRIMERICAN ISLAAMIC PRO SE PROSECUTION EFFORTS & RELEVANT PRO SE DEFENSE EFFORTS IN THE ABOVE PRO SE PLAINTIFF'S RELEVANT ABREVIATED MOORISH AFRIMERICAN IN PROPRIA PERSONA NAME OF DR. ADMIRAL ALA'AD-DIN BEY PER THE ABOVE DEFENDANTS FACILITATION OF ILLEGAL UNETHICAL COLLUSION TO DEPRIVE THE ABOVE PRO SE PLAINTIFF OF THE ABOVE PRO SE PLAINTIFF'S RELEVANT ISLAAMIC UNIVERSAL RELIGION OF TRUTH IN THE ABOVE DEFENDANTS FACILITATION OF ABUSE OF PROCESS & MALICIOUS PROSECUTION COLLUSION ACT OF FRAUDULENT MISREPRESENTATION OF THE ABOVE PRO SE PLAINTIFF'S IN PROPRIA PERSONA STATUS & MOORISH AFRIMERICAN/ MOORISH AMERICAN NATIONALITY STATUS CONTRARY TO THE CASE OF DREDD SCOTT BEING "IN ERROR" PURSANT THE NEED HEREBY TO REVERSE & OR OVERTURN THE FINAL VERDICT OR REVERSE THE FINAL DECISIVE OPINION IN THE MATTER OF  DREDD SCOTT v. SANDFORD, **60 U.S. 393** IN THE UNITED STATES SUPREME COURT PER THE U.S. CONSTITUTION DOES NOT EXTEND AMERICAN CITIZENSHIP TO PEOPLE OF "BLACK" AFRICAN DESCENT BECAUSE WE MOORISH AFRIMERICANS/ MOORISH AMERICANS ARE NOT NEGROES, BLACKS OR COLORED PER THE AMENDED THEOCRATIC CONSTITUTION OF THE REPUBLIC OF THE U. S. OF A. AS SO ATTACHED TO THIS DOCUMENT BECAUSE **THE DIVINE BOOK OF RECITATION VOLUME 2, COMPONENT #34:522 AFFIRMATIVELY EXPRESSES THE DIVINE BOOK OF RECITATION [IT] IS THE BOOK OF DIVINE COMMANDMENTS CONTAINING THE NAME FOR THE NEW PEOPLE CHOSEN BY AHEZAAH THAT WE HAVE COINED FOR YOU THE TERMINOLOGY AFRIMERICAN. AND THAT IS THE BEST NAME TO IDENTIFY YOU WHO ARE THE DESCENDANTS OF AFRICANS THAT WERE FORCED INTO AMERICAN SLAVERY. IT IS BETTER THAN NEGROES, AFRICAN AMERICANS, AND BLACKS. IT IS ESPECIALLY BETTER THAN BILALIANS, FOR THE NAME OF BILAL THAT WAS SUGGESTED TO YOU BY WAARITH DEEN MOHAMMAD, ONE THAT TOYED WITH THE MINDS OF THOSE LESS AWARE, IS AN IDENTIFIABLE NAME FOR MODERN DAY SLAVES IN AFRICA. YOU, AFRIMERICANS, ARE DESCENDANTS OF A PROUD AND STRONG PEOPLE THAT HAVE BEEN MIXED WITH EVERY GROUP OF PEOPLE THAT ENTERED THESE UNITEDS STATES OF AMERICA IN THE PAST FOUR HUNDRED AND FORTY YEARS. THAT WHICH HAS BEEN DONE UNTO YOU IS NO BLAME OF YOUR OWN. AHEZAAH DETESTS SLAVERY! IT DETESTED SLAVERY BEFORE YOUR AFRICAN FOREFATHERS AND MOTHERS WERE CAPTURED IN IT AND IT DETEST WHAT THE PEOPLE IN AFRICA AND ASIA STILL DO TODAY, HIDDEN IN THE MODERN WORLD.**

THEREFORE THE PRO SE PLAINTIFF ABOVE HEREBY RESPECTFULLY REQUEST THAT THIS UNITED STATES DISTRICT COURT GO ON THE RECORD FOR THE RECORD & ACKNOWLEDGE THE FOLLOWING AS A MATTER OF UNITED STATES FEDERAL EDUCATION LAW & UNITED STATES CONSTITUTIONAL LAW ENFORCE IN 1774 UNDER THE DIVINE BOOK OF RECITATION OF NEW JERUSALEM PER THE ABOVE PRO SE PLAINTIFF IN THIS CASE SEEKING TO HAVE THE RELEVANT VERDICT AND OR DECISION(S) IN THE MATTER OF CRIMINAL CASE **2:16-cr-91** IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY OVERTURNED FOR LACK OF THE ABOVE PRO SE PLAINTIFF'S IN PROPRIA PERSONA ISONOMI STATUS JURISDICTION [EVIDENCED AMONG CIVIL CASES **2:11-cv-3096**; **2:10-cv-5995**; AND **2:10-cv-769** IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY AS SO ATTACHED TO THIS DOCUMENT IN CONSEQUENCE OF THE ABOVE DEFENDANTS FAILURE TO GO ON RECORD AND AFFIRM THAT AFRIMERICAN MOORS ARE NOT PROLETARIAN NEGROES, BLACKS, COLOREDS NOR AFRICAN AMERICAN ETCETERA AS AFFIRMED AMONG CIVIL CASE **2:23-cv-3512** IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY AS SO ATTACHED TO THIS DOCUMENT IN WARRANTING THIS DIPLOMATIC PRO SE CIVIL MATTER OF EDUCATION LAW AS SO AFFIRMED HEREIN NOW CONTRARY TO MOORISH AFRIMERICANS ERRONEOUSLY BEING LABELED NEGROES AMONG THE **ANCIENT EGYPTIAN ARABIC ORDER NOBLES MYSTIC SHRINE, INC. UNITED STATES SUPREME COURT CASE CITED AS: 279 U.S. 737 (JUNE 3, 1929)** IN A UNANIMOUS DECISION OPINION OF 9-0 AGAINST THE MOORISH SCIENCE OF THE REAL'S LAW & DIVINE GUIDANCE] PER THIS COURT'S JUDICIAL REVIEW OF CIVIL CASE **2:25-cv-2659** IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY.

## DEMAND FOR RELIEF

IT IS MOST IMPERATIVE THAT THIS COURT GO ON THE RECORD FOR THE RECORD AND ACKNOWLEDGE THE FOLLOWING IN EFFORT TO JUSTIFY THE ULTIMATE REQUEST BEING TO PROVIDE A JUDICIAL REVIEW IN THE FORM OF A DECLARATORY JUDGMENT SOUGHT HEREIN NOW BY THE PRO SE PLAINTIFF "NOT IN ERROR" IN HIS IN PROPRIA PERSONA ISONOMI.

1. THE ABOVE PRO SE PLAINTIFF HEREBY DECLARES HIS AUTOCEPHALOUS ABORIGINAL MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC FAITH-BASED RELIGIOUS NOMEN CORRECTION FROM JASON LAMAR CHAMBERS RAPHAEL AMIN-BEY, Ed.D. TO ADMIRAL ALA'AD-DIN ALA'AD-AMIN ISRAEL EMMANUEL YOSEF YUZ ASAF IBN ARLENE'AL-AHEZAAH BEY., Ed.D., IN PROPRIA PERSONA ISONOMI STATUS WITH ALL RIGHTS RESERVED ON THE RECORD FOR THE RECORD PRO SE;

2. THE ABOVE PRO SE PLAINTIFF HEREBY DECLARES HIS AUTOCEPHALOUS ABORIGINAL AUTOKTHON MOORISH AFRIMERICAN SCIENTIFIC ISLAAMIC FAITH-BASED RELIGIOUS AMBASSADOR JURISDICTION STATUS WITH ALL RIGHTS RESERVED ON THE RECORD FOR THE RECORD PRO SE PER THE AMENDED THEOCRATIC CONSTITUTION OF THE REPUBLIC OF THE U. S. OF A. AS SO ATTACHED TO THIS DOCUMENT; &

3.    THE ABOVE PRO SE PLAINTIFF HEREBY PROCLAIMS HIS ISLAAMIC UNIVERSAL RELIGION OF TRUTH FAITH-BASED MOORISH AFRIMERICAN NATIONALITY AS A MATTER OF FREEDOM OF RELIGIOUS SPEECH WITH ALL RIGHTS RESERVED FOR THE RECORD PRO SE.

SINCERELY, FOR LOVE & FEAR OF EL JEHOVAH AHEZAAH ALLAAH HU PTAH AMEN RA AHAD ETC.

Signature: *Alimregistus-Dr. Admiral Ala'ad-Din Bey, All Rights Reserved*

Address:    2806 N. DECATUR RD., APT. #215, DECATUR, GA 30033 @ CELL: 973-855-8362